AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**
Title 18, U.S.C. § 1326 - Illegal Reentry by an Alien After Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Imprisonment for not more than ten years;
Fine of up to $250,000.00;
Special assessment of $100.00; and
Supervised release of not more than three years.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
MIGUEL TUZ-CANTE

DISTRICT COURT NUMBER
CR 08 0506

WHA

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Deportation Officer Cesar Lopez, ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3:08-70449 MAG

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Matthew L. McCarthy

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ 7/5/2008   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ 7/9/2008  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED

JUL 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

V.

MIGUEL TUZ-CANTE

CR 08    0506

DEFENDANT.

## INDICTMENT

Title 18, U.S.C. § 1326 - Illegal Reentry by an Alien After Deportation

---

A true bill.

_____
Foreman

Filed in open court this 29 day of July, 2008.

**Brenda Tolbert**
Clerk

Bail, $ no process

**Maria Elena James**
**United States Magistrate Judge**

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08 0506 WHA |
| Plaintiff, | Criminal No. |
| v. | VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry by an Alien After Deportation |
| MIGUEL TUZ-CANTE, | SAN FRANCISCO VENUE |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

On or about May 29, 2002, August 2, 2002, and October 11, 2003, the defendant,

MIGUEL TUZ-CANTE,

an alien, was excluded, deported, and removed from the United States, and thereafter, on or about July 5, 2008, was found in the Northern District of California, the Attorney General of the United States and the Secretary for the Department of Homeland Security not having

//
//
//
//
//

INDICTMENT

1  expressly consented to a reapplication by the defendant for admission into the United States, in
2  violation of Title 8, United States Code, Section 1326.
3
4  DATED:  7/29/08                A TRUE BILL.
5
6                                  /s/ Angus [signature]
                                   FOREPERSON
7  JOSEPH P. RUSSONIELLO
   United States Attorney
8
9  /s/ Kyle F. Waldinger
10 KYLE WALDINGER
   Deputy Chief, Major Crimes Section
11
12 (Approved as to form: /s/ )
                         MATTHEW L. McCARTHY
13                       Assitant United States Attorney

INDICTMENT
                                2