UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

**UNDER SEAL**

Date: August 5, 2008

Case No.: CR 08-0506 WHA

Title: UNITED STATES -v- Miguel Tuz-Cante (custody)

Appearances:
    For the Government: Derek Owens

    For the Defendant(s): Dan Blank

Interpreter: Nina Safdie-Enoch (Spanish)   Probation Officer: n/a

Deputy Clerk: Frank Justiliano   Court Reporter: Katherine Sullivan

**PROCEEDINGS**

1) Change of Plea - NOT held.

2)

Case continued to **8/19/08 @ 2:00 p.m.** for Change of Plea

Time Excluded:   **Begins:**       **Ends:**

**ORDERED AFTER HEARING:**

Plea agreement being revised.