UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 19, 2008

Case No.: CR 08-00506 WHA

Title: UNITED STATES -v- MIGUEL TUZ-CANTE (custody)

Appearances:

    For the Government: Matt McCarthy

    For the Defendant(s): Dan Blank

Interpreter: Melinda Basker (Spanish Interpreter)    Probation Officer: n/a

Deputy Clerk: Dawn Toland                            Court Reporter: Margo Gurule

**PROCEEDINGS**

1) Change of Plea - NOT HELD

2) 

Case continued to **8/22/08 at 8:30 am** for Change of Plea

**ORDERED AFTER HEARING:**

Government just gave the defendant a copy of the draft plea agreement and provided the Court a copy of it today. Time is excluded from today until 8/22/08.