UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

CRIMINAL PRETRIAL MINUTES

AUG 2 5 2008

JUDGE WILLIAM ALSUP

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: August 22, 2008

Case No.: CR 08-00506 WHA

Title: UNITED STATES -v- MIGUEL TUZ-CANTE (custody)

Appearances:

    For the Government: Matt McCarthy

    For the Defendant(s): Dan Blank

Interpreter: Melinda Basker (Spanish Interpreter)   Probation Officer: n/a

Deputy Clerk: Dawn Toland   Court Reporter: Debra Pas

## PROCEEDINGS

1) Change of Plea - HELD

2) _____

Case continued to **11/4/08 at 2:00 pm** for Sentencing

**ORDERED AFTER HEARING:**

Plea Agreement filed. Defendant entered a guilty plea to Count One of the Indictment. Probation referral given to counsel.